The People of the State of New York ex rel. Henry Gerald and Others v. John Bockel, Warden of the Tombs Prison, New York. The People of the State of New York ex rel. Mike Vlavlino and Others v. John Bockel, Warden of the Tombs Prison, New York. The People of the State of New York ex rel. Arthur Grushay and Others v. John Bockel, Warden of the Tombs Prison, New York.— Motion to dismiss appeal granted. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of Louise Bruce Hills, an Incompetent Person, upon the Application of The New York Trust Company, as Committee of the Property of Said Louise Bruce Hills, an Incompetent Person, for an Order of the Court Electing on Behalf of the Said Louise Bruce Hills, between the Provision Made for Her in the Last Will and Testament of Her Deceased Husband, John Marshall Hills, Deceased, and Her Rights under Section 17, Decedent Estate Law, and Her Dower Interest in Said Decedent's Real Property.— Order so far as appealed from affirmed, with costs and disbursements separately to the petitioner, respondent, and the special guardian. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

George S. Van Schaick, Superintendent of Insurance of the State of New York, as Liquidator of Hamilton Mutual Auto Casualty Corporation, Respondent, v. Bay Islands Holding Co., Inc., Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

Helen Walsh, Respondent, v. The City of New York, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

The Washington Post Publishing Company, Respondent, v. Tribune Company and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.; Merrell, J., dissents. [Affd., 268 N. Y. ——.]

Charles " Slim " Timblin, Appellant, v. Alex Gerber, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

George S. Van Schaick, Superintendent of Insurance of the State of New York, as Liquidator of General Surety Company, Respondent, v. Alice M. Metz, as Administratrix with the Will Annexed, etc., of Herman A. Metz, Deceased, Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

Vincent Calisi, Respondent, v. City Sand and Gravel Corporation, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.